UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ANTHONY HARRIS, | Case No. 3:22-cv-00562-MMD-CSD |
| Plaintiff, | ORDER |
| v. | |
| THE STATE OF NEVADA, *et al.*, | |
| Defendants. | |

This action was started when Plaintiff Anthony Harris filed a document titled "Request for Permission to File an 'Urgent/Fear for Life' Cause of Action Exceeding 30-Pages." (ECF No. 1-1.) Harris has since filed a motion to voluntarily dismiss this action, explaining that his initial document should have been filed as a motion in the action styled *Harris v. State of Nevada*, 3:22-cv-00556-ART-CSD. (ECF No. 3.) Harris asserts that this action was mistakenly filed. (*Id.*) Federal Rule of Civil Procedure 41 authorizes a plaintiff to dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). No responsive pleading or summary-judgment motion has been filed in this action.

It is therefore ordered that the motion for voluntary dismissal (ECF No. 3) is granted.

It is further ordered that this action is dismissed in its entirety without prejudice.

The Clerk of Court is directed to enter judgment accordingly.

DATED THIS 10th Day of January 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE